**Opinion issued April 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00022-CV

———————————

## TIMOTHY WILLIAMS AKA MARCUS WILLIAMS, Appellant

## V.

## BARRINGTON E. NOTICE AND NEBIT 1 LLC, Appellees

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1251007**

---

## MEMORANDUM OPINION

Appellant's brief was due on February 20, 2026. No brief was filed. On March 6, 2026, the Court issued a notice to appellant, advising him that his brief was overdue and that the appeal might be dismissed unless he filed the brief or a motion

for extension by March 16, 2026.  *See* TEX. R. APP. P. 38.8(a).  No response or brief was filed.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b), 43.2(f).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.